DISTRICT COURT, COUNTY OF BOULDER, COLORADO

FILED IN THE
20TH JUDICIAL DISTRICT

Court Address: 1777 Sixth Street
Boulder, Co 80306

11 APR 28 AM 8:45

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: May 6 2011 2:50PM MDT
Filing ID: 37453513
Review Clerk:

**Plaintiff**: Coming to the Court PRO SE
Ronald M. Warner and Barbara Warner
365 Evans
Erie, Colorado 80516
Mailing: P.O. Box 983
Erie, Colorado 80516
Telephone: 720-628-8672
Email: builtwcare@aol.com

DOCKETED
JUDGE

**Defendants**: Bank of America NA as successor by merger
To "LaSalle Bank NA as Trustee for Washington Mutual
Mortgage Pass-through Certificates WAMU Series 2007-OA4-trust,
Bank of America NA, Chase, JP Morgan Chase Bank NA, JP Morgan Chase & Co.,
Washington Mutual Bank F.K.A. (WAMU), Law Office of Michael P. Medved, P.C.,
Michael P. Medved, Heather L. Deere

Case Number: 11CV342

*[Handwritten annotation:] Denied. The Court granted an extension of time to file a responsive pleading on May 2, 2011. The Court granted a Motion for Second Extension of time to Answer or otherwise respond to Complaint on May 6, 2011. The identified defendants have an extension of time through and including May 13, 2011 to answer or otherwise respond to the Complaint. Andrew K. [Macdonald] 5-6-11*

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Ronald M. and Barbara Warner whose address is 365 Evans St. Erie, Colorado 80516. We come to the court asking for DEFAULT JUDGMENT in our favor, as pleaded, on all 15 claims against Chase, JP Morgan Chase Bank NA, JP Morgan Chase & Co., Washington Mutual Bank F.K.A. (WAMU) on April 28th 2011. The other Defendants not included in this Motion were included in our April 27th 2011 Motion for Default Judgment. We also respectfully request that the court deny any request for extension of time to file an answer, as the defendants listed above all had ample time to address my complaints as evidenced by attached exhibits 1 through 5. We pray that the court not allow the Defendants more wasted time.

1. This court has subject matter jurisdiction in this matter by virtue of C.R.S. 6-1-101(1).

2. The court also has jurisdiction over all defendants through service completed on April 7th, 2011 following the rules under C.R.C.P. 4.

3. Venue is proper in Boulder County District Court, because the claims stated in this suit were committed, in part, in Boulder County, Colorado. Therefore, venue has been considered and is proper in Boulder County, Colorado pursuant to C.R.S. 6-1-103 and C.R.C.P. 98(c)

4. We believe that none of the Defendants are minors, an incapacitated person, an officer of agency of the state of Colorado, or in the military service as required under C.R.C.P. 121, 1-14

5. We also pray that the court grant us an award for time and costs to prepare this Motion ProSe.

WE HEREBY CERTIFY that this Motion is brought to this Court if Good Faith and is true to the best of our knowledge.

_____  /s/ Barbara Warner
Ronald M. Warner                     Barbara Warner
4-27-2011                            4-27-2011

NOTE: We delivered a copy of this Motion to all defendants and or Attorneys on April 28th by U.S.P.S. mail.

DISTRICT COURT, COUNTY OF BOULDER, COLORADO

Court Address: 1777 Sixth Street
Boulder, Co 80306

**Plaintiff**: Coming to the Court PRO SE
Ronald M. Warner and Barbara Warner
365 Evans
Erie, Colorado 80516
Mailing: P.O. Box 983
Erie, Colorado 80516
Telephone: 720-628-8672
Email: builtwcare@aol.com

Court Use Only:

**Defendants**: Bank of America NA as successor by merger
To "LaSalle Bank NA as Trustee for Washington Mutual
Mortgage Pass-through Certificates WAMU Series 2007-OA4-trust,
Bank of America NA, Chase, JP Morgan Chase Bank NA, JP Morgan Chase & Co.,
Washington Mutual Bank F.K.A. (WAMU), Law Office of Michael P. Medved, P.C.,
Michael P. Medved, Heather L. Deere

Case Number: 11CV342

# MOTION FOR DEFAULT JUDGMENT

COMES NOW Ronald M. and Barbara Warner whose address is 365 Evans St. Erie, Colorado 80516. We come to the court asking for DEFAULT JUDGMENT in our favor, as pleaded, on all 15 claims against Chase, JP Morgan Chase Bank NA, JP Morgan Chase & Co., Washington Mutual Bank F.K.A. ( WAMU) on April 28th 2011. The other Defendants not included in this Motion were included in our April 27th 2011 Motion for Default Judgment. We also respectfully request that the court deny any request for extension of time to file an answer, as the defendants listed above all had ample time to address my complaints as evidenced by attached exhibits 1 through 5. We pray that the court not allow the Defendants more wasted time.

1. This court has subject matter jurisdiction in this matter by virtue of C.R.S. 6-1-101(1).

2. The court also has jurisdiction over all defendants through service completed on April 7th, 2011 following the rules under C.R.C.P. 4.

3. Venue is proper in Boulder County District Court, because the claims stated in this suit were committed, in part, in Boulder County, Colorado. Therefore, venue has been considered and is proper in Boulder County, Colorado pursuant to C.R.S. 6-1-103 and C.R.C.P. 98(c)

4. We believe that none of the Defendants are minors, an incapacitated person, an officer of agency of the state of Colorado, or in the military service as required under C.R.C.P. 121, 1-14

5. We also pray that the court grant us an award for time and costs to prepare this Motion ProSe.

WE HEREBY CERTIFY that this Motion is brought to this Court if Good Faith and is true to the best of our knowledge.

_____      *Barbara Warner* (signature)
Ronald M. Warner                             Barbara Warner
4-27-2011                                          4-27-2011

NOTE: We delivered a copy of this Motion to all defendants and or Attorneys on April 28th by U.S.P.S. mail.

Exhibit 1

Case # 11CV342

| | |
|---|---|
| Subj: | **Attn: Karen Schell** |
| Date: | 3/28/2011 3:55:52 P.M. Mountain Daylight Time |
| From: | Builtwcare@aol.com |
| To: | reo.request.for.legal.assistance@chase.com |

Hi Karen,
Here is an updated copy of the complaint. I have a few more finishing touches, but this should do.
Thank you for your time.
Sincerely,
Ronald Warner
4227 N. 119th. St.
Lafayette, Colorado 80026

************WARNER RAIL LINES Confidentiality Notice*********************
This electronic transmission, and any attached documents or other writings are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this communication in error, please immediately notify sender by return e-mail and destroy the communication. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachments by anyone other than the named recipient is strictly prohibited

Wednesday, April 27, 2011 AOL: Builtwcare

Exhibit 2    Ca. # 11CV342

Subj: **Ronald Warner**
Date: 3/28/2011 3:52:07 P.M. Mountain Daylight Time
From: Builtwcare@aol.com
To: rebecca.a.white@chase.com

Rebecca,
Here is an almost completed copy of the complaint I am filing.
You refused to return my call when I was polite to you, so I had to get your email from someone else. I will contact Steven Domenichini if I do not hear from you within 24 hours.
Sincerely,
Ronald Warner
4227 N. 119th. St.
Lafayette, Colorado 80026

************Confidentiality Notice********************
This electronic transmission, and any attached documents or other writings are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this communication in error, please immediately notify sender by return e-mail and destroy the communication. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachments by anyone other than the named recipient is strictly prohibited

Exhibit 3

Case # 11CV342

To: Michael P. Medved
Heather L. Deere, # 28597
Law Office of Michael P. Medved, P. C.


From: Ronald & Barbara Warner
4227 N. 119th. St.
Lafayette, Colorado 80026
303-828-0306

Re: Invalid Foreclosure Proceeding

To: Heather Deere,
    As you know, we do not believe you have a valid case for foreclosure on more than one point. Also, you know that I am aware, and have proof, of many predatory lending issues regarding this referenced Note and Deed of trust. I would also like to bring to your attention your mistake about my right to rescind this loan. I can rescind all amounts over the originally financed amount (new advances), refinancing, see attached info for reference, since 2001. I do not wish, unless it is necessary, to turn this over to Federal Court Jurisdiction, and possibly a class action lawsuit. I have proof, and many records, to prove what we experienced through the lending office at Washington Mutual - Boulder, is not limited to just us. I would prefer to keep this out of the "court system", as many people would end up going to prison that I think should not take the fall for this. Whoever you answer to should know that I am willing to negotiate this and put this issue to bed, if they choose to be reasonable. I have a few options that I am willing to discuss with the right "individual". If you need to know what options I am willing to accept, please contact me at the above address or feel free to call. There is much more to all of this, but I did not wish to waste our time discussing it, yet.

Thank you for your time,
Sincerely,
Ronald Warner
Barbara Warner

P.S. I do have access to one of the best trial lawyers in the country, should we go that direction. His practice is based in Denver.

Exhibit 4

Case # 11CV342

To: Michael P. Medved
Heather L. Deere, # 28597
Law Office of Michael P. Medved, P. C.

From: Ronald & Barbara Warner
4227 N. 119th. St.
Lafayette, Colorado 80026
303-828-0306
New mailing address :
Box 983
Erie, Colorado 80516

May 17, 2010

Re: Invalid Foreclosure Proceeding

To: Heather Deere,
    I have not received, as of yet, a response letter from you, or the Law office of Michael Medved, regarding my right to rescind. I have expected a response, as you responded to the first rescission letter. I have not heard from anyone at Bank of America, or JP Morgan Chase. Although I am not the only one facing a wrongful foreclosure action, I am one of a very few who understand what he needs to do. I am well aware of all of the proof needed to win my forthcoming case against Washington Mutual / Chase / BOA. I still wish "not" to handle this in the court system, or the media. I would like to see this foreclosure withdrawn from the Boulder County trustees office. I know this is just business, but I would like to see that as a sign of good faith, within the month of May 2010. I am focused on what needs to be done, and have my "ducks" in a row. **Please** take this seriously, or I will be forced to spend a whole lot of time making this much more well known, to support my case, and then it will go to the courts. Again, lets not waste our time, money or resources with that route. I have already been approached by Jared Polis's office in regards to this case, but I have refused the "confidentiality" agreement so far.
Thank you for your time,
Sincerely,
Ronald Warner
Barbara Warner

P.S. I do have access to one of the best trial lawyers in the country, should we go that direction. His practice is based in Denver.

Exhibit 5

Case # 11CV342

To: Washington Mutual Bank  
JP Morgan Chase  
CC: Bank of America, National Association, through  
The Law office of Michael P. Medved

Date : 6-15-09

RE: Right of Rescission, Loan Number 301721746

From: Ronald M. Warner  
4227 N. 119th. St.  
Lafayette, Colorado 80026

ESTOPPEL

To all whom it may concern,  
I, Ronald Warner, do exercise my Right of Rescission for numerous violations of the Truth in Lending Act. Including, but not limited to, violations regarding Fraud, Breach of Fiduciary Responsibility, Unfair and Deceptive Acts and Practices, and proper notice of my right to rescission.  
This is effective immediately.

Make all Correspondence in writing.

Done with express reservation of all my Rights in Law, equity and all other natures of law, ALL RIGHTS RESERVED.

Signed,


Ronald M. Warner