| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>Boulder Justice Center<br>1777 6th Street<br>Boulder, CO 80302 | **EFILED Document**<br>**CO Boulder County District Court 20th JD**<br>**Filing Date: May 6 2011 2:50PM MDT**<br>**Filing ID: 37453513**<br>**Review Clerk: N/A** |
| **PLAINTIFFS:** RONALD M. WARNER, a *pro se* individual and BARBARA WARNER, a *pro se* individual<br><br>v.<br><br>**DEFENDANT.** BANK OF AMERICA NA as successor by merger to LASALLE BANK NA as Trustee for Washington Mutual Mortgage Pass-through Certificates WAMU Series 2007-OA4-trust; BANK OF AMERICA NA; CHASE; JPMORGAN CHASE BANK NA; JPMORGAN CHASE & CO.; WASHINGTON MUTUAL BANK fka (WAMU); LAW OFFICE OF MICHAEL P. MEDVED, P.C.; MICHAEL P. MEDVED; and HEATHER L. DEERE | ▲COURT USE ONLY▲ |
| | Case Number: 2011cv342<br><br>Division: 5 |
| **ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** | |

THE COURT, having reviewed Defendants Bank of America NA as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WAMU Series 2007-OA4-Trust, Bank of America NA, Chase, JPMorgan Chase Bank NA, JPMorgan Chase & Co., and Washington Mutual Bank's (collectively, the "Chase Defendants") Motion for Second Extension of Time to Answer or Otherwise Respond to Complaint, and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and hereby is GRANTED. The Chase Defendants shall have through and including May 18, 2011, to answer or otherwise respond to Plaintiffs' Complaint.

DONE this 6th day of May, 2011.

BY THE COURT

*Andrew R. Macdonald*
DISTRICT COURT JUDGE

4814-8056-6025.1