DISTRICT COURT, COUNTY OF BOULDER, COLORADO

Court Address: 1777 Sixth Street
Boulder, Co 80306



**EFILED Document**
**CO Boulder County District Court 20th JD**
**Filing Date: Nov 17 2011  1:32PM MST**
**Filing ID: 40948460**
**Review Clerk Only:**

**Plaintiff:** Coming to the Court PRO SE
Ronald M. Warner and Barbara Warner
365 Evans
Erie, Colorado 80516
Mailing: P.O. Box 983
Erie, Colorado 80516
Telephone: 720-628-8672
Email: builtwcare@aol.com



**Defendants:** Bank of America NA as successor by merger
To "LaSalle Bank NA as Trustee for Washington Mutual
Mortgage Pass-through Certificates WAMU Series 2007-OA4-trust,
Bank of America NA, Chase, JP Morgan Chase Bank NA, JP Morgan Chase & Co.,
Washington Mutual Bank F.K.A. (WAMU), Law Office of Michael P. Medved, P.C.,
Michael P. Medved, Heather L. Deere

Case Number: 11CV342 -5

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

COMES NOW Ronald M. and Barbara Warner whose address is 365 Evans St. Erie, Colorado 80516. We come to the court asking for an EXTENSION of time to be more Definitive on our Amended Complaint.

1. The Plaintiffs computer has "crashed" and it has taken considerably longer to complete the Amended complaint, as everything has had to be retyped.

2. This brief Extension of time will not prejudice any party involved.

3. The Plaintiffs have contacted and received a response back from the "Bank" Defendants regarding discussing possible settlement proposals.

*Granted. Plaintiffs have to and including November 28, 20_ to file amended complaint.*

WHEREFORE, the Plaintiffs request an extension of time to November 28th. 2011 to file our more Definitive, or amended Pleadings, and to have the ability to discuss possible settlement proposals.

WE HEREBY CERTIFY that this Motion is brought to this Court if Good Faith and is true to the best of our knowledge.

_____
Ronald M. Warner
11-14-2011

_____
Barbara Warner
11-14-2011

NOTE:
We delivered a copy of this Motion to all defendants and or Attorneys on November 14th. 2011 by U.S.P.S. mail.