| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br><br>Court Address: 1777 6th Street, Boulder, CO 80306 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Jun 23 2011 2:50PM MDT<br>Filing ID: 38317420<br>Review Clerk: N/A |
| **Plaintiff**: RONALD M. WARNER & BARBARA WARNER,<br><br>vs.<br><br>**Defendants**: BANK OF AMERICA, NA, BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4 TRUST, CHASE, JPMORGAN CHASE BANK, NA, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK FKA, LAW OFFICE OF MICHAEL P. MEDVED, P.C., MICHAEL P. MEDVED, HEATHER L. DEERE. | COURT USE ONLY<br><br>Case Number: 11CV342<br>Div. 5 |
| **ORDER GRANTING MEDVED DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** | |

This matter is before the Court upon Motion made by The Law Office of Michael P. Medved, P.C., Michael P. Medved and Heather L. Deere ("Medved Defendants") for an extension of time to file a Response to the Plaintiff's Motion for Partial Summary Judgment. The Court, having reviewed the Motion and being advised on the premises, does hereby:

ORDER that the Motion shall be and is granted. The Medved Defendants shall have an extension of time through June 28, 2011 to file a Response to the Plaintiff's Motion for Partial Summary Judgment.

Dated this 23rd day of June, 2011.

BY THE COURT:

_Andrew R. Macdonald_
District Court Judge

09-915-13307