| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address: Boulder Justice Center<br>1777 6th Street<br>Boulder, CO 80302 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Jun 23 2011 2:50PM MDT<br>Filing ID: 38317420<br>Review Clerk: N/A |
| PLAINTIFFS: RONALD M. WARNER, a *pro se* individual<br>and BARBARA WARNER, a *pro se* individual<br><br>v.<br><br>DEFENDANTS: BANK OF AMERICA, N.A. as successor by merger to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates WAMU Series 2007-OA4-Trust, et al. | ▲ COURT USE ONLY ▲ |
| | Case Number: 2011cv342<br><br>Division: 5 |
| **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSIONS OF TIME TO FILE REPLY IN SUPPORT OF THE BANK DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT AND TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** | |

THE COURT, having reviewed Defendants Bank of America, N.A., as successor by merger to LaSalle Bank, N.A. as trustee for Washington Mutual Mortgage Pass-Through Certificates WAMU Series 2007-OA4-Trust, Bank of America, N.A., JPMorgan Chase Bank, N.A., JPMorgan Chase & Co. and Washington Mutual Bank's (collectively, the "Bank Defendants") Motion for Extensions of Time to File Their Reply In Support of the Bank Defendants' Motion for More Definite Statement and to Respond to Plaintiffs' Motion for Partial Summary Judgment (the "Motion"), and being fully advised in the premises and good cause shown therefore, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. The Bank Defendants shall have an extension of time, through and including June 27, 2011, to file their Response to Plaintiffs' Motion for Partial Summary Judgment and their Reply in Support of Their Motion for More Definite Statement.

DONE and ENTERED this 23rd day of June, 2011.

BY THE COURT:

*Andrew R Macdonald*
District Court Judge

4827-5154-1513.1