| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br><br>Court Address: 1777 6th Street, Boulder, CO 80306 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Jul 7 2011 8:18AM MDT<br>Filing ID: 38550003<br>Review Clerk: N/A |
| Plaintiff: RONALD M. WARNER & BARBARA WARNER,<br><br>vs.<br><br>Defendants: BANK OF AMERICA, NA, BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4 TRUST, CHASE, JPMORGAN CHASE BANK, NA, JPMORGAN CHASE & CO, WASHINGTON MUTUAL BANK FKA, LAW OFFICE OF MICHAEL P. MEDVED, P.C., MICHAEL P. MEDVED, HEATHER L. DEERE. | COURT USE ONLY<br><br>Case Number: 11CV342<br>Div. 5 |

## ORDER ALLOWING MEDVED DEFENDANTS TO JOIN MOTION FOR MORE DEFINITE STATEMENT

THIS MATTER, coming before the Court upon the Motion to Join Bank Defendants' Motion for More Definite Statement filed by The Law Office of Michael P. Medved, P.C., Michael P. Medved and Heather L. Deere, and the Court being fully advised of the premises therein, does hereby:

FIND AND ORDER that the Medved Defendants' Motion to Join is granted and the Medved Defendants are allowed to join and adopt the Motion for More Definite Statement.

Dated this 6th day of July, 2011.

BY THE COURT:

_Andrew R. Macdonald_
District Court Judge

09-915-13307